UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

2006 SEP 25 AM 11: 17

SOU...
OF INDIANA
LAURA A. BRIGGS
CLERK

| | |
|---|---|
| ERIC LOWE, WILLIAM JAMISON, MARK SCHWARTZKOPF, DOUGLAS STEWART, TERRY LAMB, ROBERTA BROWN, ENRIQUE MOREY, VIOLA HENDRICK, and FHM GROUP, LLC<br><br>Plaintiffs,<br><br>vs.<br><br>ANTHEM INSURANCE COMPANIES, INC., d/b/a ANTHEM BLUE CROSS & BLUE SHIELD, and DOES 1-10<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF FHM GROUP, LLC's CORPORATE DISCLOSURE STATEMENT**

Comes now Plaintiff FHM Group, LLC ("FHM"), pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and states that FHM is wholly owned by Factor Health Management, LLC. No publicly held company or investment fund holds an ownership interest of ten (10) percent or more in FHM.

Respectfully submitted,

_____
Thomas J. Costakis, Attorney No. 4314-49
Mark P. Canada, Attorney No. 14205-49
Aaron R. Raff, Attorney No. 23715-49
KRIEG DEVAULT LLP
One Indiana Square, Suite 2800
Indianapolis, Indiana 46204-2079
(317) 636-4341 [voice]
(317) 636-1507 [facsimile]

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was provided this 25th day of September, 2006 by Hand Delivery to Anthem's Resident Agent:

>Anthem Insurance Companies, Inc.
>d/b/a Anthem Blue Cross & Blue Shield
>c/o  Nancy L. Purcell, Resident Agent
>Timothy Spears
>120 Monument Circle, Indianapolis, Indiana  46204

_____
Aaron R. Raff

KD_IM-737335_1.DOC