UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ERIC LOWE, WILLIAM JAMISON, MARK SCHWARTZKOPF, DOUGLAS STEWART, TERRY LAMB, ROBERTA BROWN, ENRIQUE MOREY, VIOLA HENDRICK, and FHM GROUP, LLC,<br>         Plaintiffs,<br><br>vs.<br><br>ANTHEM INSURANCE COMPANIES, INC., d/b/a ANTHEM BLUE CROSS & BLUE SHIELD, and DOES 1-10,<br>         Defendants. | 1:06-cv-1408-JDT-TAB |

## ORDER

Plaintiffs, Eric Lowe, William Jamison, Mark Schwartzkopf, Douglas Stewart, Terry Lamb, Roberta Brown, Enrique Morey, Viola Hendrick and FHM Group, LLC (collectively, "Plaintiffs"), by counsel, Aaron Raff, Anthony Paduano and Mark Canada, and defendant, Anthem Insurance Companies, Inc. ("Anthem"), by counsel, Kandi Hidde and Jonna McGinley, appear for hearing on Plaintiffs' Motion for Temporary Restraining Order. After argument by the parties, for the reasons stated on the record, the Court **GRANTS** Plaintiffs' Motion for Temporary Restraining Order and orders Plaintiffs to post a bond in the amount of $400,000.00 before such Order shall become effective. Under the temporary restraining order, for good cause show, Anthem shall provide medical insurance coverage pursuant to the contract between the parties through and including October 31, 2006.

Plaintiffs' Motion to Waive Bond or to Set De Minimus Bond for Plaintiffs' Temporary Restraining Order is **DENIED**. Plaintiffs' Motion for Leave to Serve Expedited Written Discovery

Requests and Notice(s) of Deposition on Defendant Anthem Insurance Companies, Inc., is **GRANTED**.

A **hearing on Plaintiffs' Motion for Preliminary Injunction** is hereby set before the Honorable John D. Tinder, on **Friday, October 20, 2006, at 9:00 a.m.**, in Courtroom 307, Birch Bayh Federal Building and United States Courthouse, 46 East Ohio Street, Indianapolis, Indiana.

Pat Cline was court reporter.

IT IS SO ORDERED this 26th day of September, 2006.

_____
LARRY J. McKINNEY, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distributed electronically to:

Thomas J. Costakis
KRIEG DEVAULT LLP
tcostakis@kdlegal.com

Aaron R. Raff
KRIEG DEVAULT
araff@kdlegal.com

Kandi Kilkelly Hidde
BINGHAM MCHALE
khidde@binghammchale.com

Jonna L. McGinley
BINGHAM MCHALE
jmcginley@binghammchale.com