UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ERIC LOWE, WILLIAM JAMISON, MARK SCHWARTZKOPF, DOUGLAS STEWART, TERRY LAMB, ROBERTA BROWN, ENRIQUE MOREY, VIOLA HENDRICK, and FHM GROUP, LLC<br><br>Plaintiffs,<br><br>vs.<br><br>ANTHEM INSURANCE COMPANIES, INC., d/b/a ANTHEM BLUE CROSS & BLUE SHIELD, and DOES 1-10<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:06-cv-1408-JDT-TAB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF STEVEN SCHNEIDER

STATE OF FLORIDA           )
                           ) SS:
COUNTY OF PALM BEACH       )

STEVEN SCHNEIDER, under penalty of perjury, deposes and says:

1.  I am Vice President and Chief Financial Officer of plaintiff FHM Group, LLC ("FHM Group").[1] I submit this Affidavit in support of the Motion of Plaintiffs to Enforce the Settlement Agreement (the "Motion").

### Background

2.  Following a dispute between FHM Group and defendant Anthem Insurance Companies, d/b/a Anthem Blue Cross & Blue Shield ("Anthem") concerning

---

[1] As used herein, FHM Group includes FHM Group LLC, its subsidiaries, affiliates, divisions and entities related to it by application of the Internal Revenue Code Section 414 (b) & (c) including but not limited to Factor Health Management LLC, FCS Pharmacy LLC, Factor Health Group LLC, Factor Health Services LLC, FHM Services LLC, Factor Health Care LLC, Factor Health of Arkansas LLC and Factor Health Services II LLC.

Anthem's attempt to terminate a group health plan it had issued to FHM Group, on or about September 25, 2006, FHM Group and individual plaintiffs (collectively, the "Plaintiffs") commenced this action against Anthem. On or about September 26, 2006, the Court entered a Temporary Restraining Order enjoining Anthem from terminating the Plan.

3. On or about October 16, 2006, the parties settled the dispute and entered into a written Settlement Agreement. A copy of the Settlement Agreement is annexed to the Declaration of Anthony Paduano as Exhibit A.

**Paragraph 4 Receivables**

4. Pursuant to Paragraph 4 of the Settlement Agreement, on or before December 31, 2006, Anthem was to process and "pay any and all claims submitted pursuant to the Plan for benefits relating to covered drugs, supplies, medical services, surgery, hospitalization, and emergency care" of the individual plaintiffs incurred on or prior to October 31, 2006 and submitted to Anthem on or before December 31, 2006 ("Paragraph 4 Receivables"). See Paduano Decl., Ex. A at ¶ 4.

5. Plaintiffs properly submitted Paragraph 4 Receivables to Anthem in accordance with the Plan and the Settlement Agreement, yet despite repeated demand, Anthem has failed to pay these claims.

6. As of March 23, 2007, the balance due with interest from Anthem for Paragraph 4 Receivables is $53,992.49. A spreadsheet detailing Paragraph 4 Receivables which remain outstanding is annexed hereto as Exhibit 1.

7. Attached as Exhibit "A" to <u>Exhibit 1</u> is back-up information for patient C.K.[2], indicating that each claim was timely and properly submitted by FHM Group to Anthem, yet $26,820.89 remains outstanding for this patient.

8. Attached as Exhibit "B" to <u>Exhibit 1</u> is back-up information for patient M.S., indicating that each claim was timely and properly submitted by FHM Group to Anthem, yet $27,171.60 remains outstanding for this patient.

**Paragraph 6 Receivables**

9. Pursuant to paragraph 6 of the Settlement Agreement, Anthem was to deal with these receivables "in good faith" and in accordance with "Certificates and applicable laws, rules and regulations" ("Paragraph 6 Receivables"). <u>See</u> Paduano Decl., Ex. A ¶ 6.

10. Plaintiffs properly submitted Paragraph 6 Receivables to Anthem in accordance with the Plan and the Settlement Agreement, yet despite repeated demand, Anthem has failed to pay these claims.

11. As of March 23, 2007, the balance due with interest from Anthem for outstanding Paragraph 6 Receivables is $1,660,389.43. A spreadsheet detailing Paragraph 6 Receivables which remain outstanding is annexed hereto as <u>Exhibit 2</u>.

12. Attached as Exhibit "C" to <u>Exhibit 2</u> is back-up information for patient A.D. indicating that each claim was timely and properly submitted by FHM Group to Anthem, yet $15,169.57 remains outstanding for this patient.

13. Attached as Exhibit "D" to <u>Exhibit 2</u> is back-up information for patient C.R. indicating that each claim was timely and properly submitted by FHM Group to Anthem, yet $126,803.80 remains outstanding for this patient.

---

[2] Patient names are abbreviated by their initials to maintain patient confidentiality.

3

14. Attached as Exhibit "E" to Exhibit 2 is back-up information for patient D.M. indicating that each claim was timely and properly submitted by FHM Group to Anthem, yet $64,934.63 remains outstanding for this patient.

15. Attached as Exhibit "F" to Exhibit 2 is back-up information for patient D.B.B. indicating that each claim was timely and properly submitted by FHM Group to Anthem, yet $159,197.32 remains outstanding for this patient.

16. Attached as Exhibit "G" to Exhibit 2 is back-up information for patient D.B. indicating that each claim was timely and properly submitted by FHM Group to Anthem, yet $124,052.82 remains outstanding for this patient.

17. Attached as Exhibit "H" to Exhibit 2 is back-up information for patient E.Y. indicating that each claim was timely and properly submitted by FHM Group to Anthem, yet $24,569.74 remains outstanding for this patient.

18. Attached as Exhibit "I" to Exhibit 2 is back-up information for patient J.W. indicating that each claim was timely and properly submitted by FHM Group to Anthem, yet $176.28 remains outstanding for this patient.

19. Attached as Exhibit "J" to Exhibit 2 is back-up information for patient J.T.N. indicating that each claim was timely and properly submitted by FHM Group to Anthem, yet $316,122.64 remains outstanding for this patient.

20. Attached as Exhibit "K" to Exhibit 2 is back-up information for patient P.D. indicating that each claim was timely and properly submitted by FHM Group to Anthem, yet $50,241.26 remains outstanding for this patient.

21. Attached as Exhibit "L" to <u>Exhibit 2</u> is back-up information for patient S.W. indicating that each claim was timely and properly submitted by FHM Group to Anthem, yet $89,575.91 remains outstanding for this patient.

22. Attached as Exhibit "M" to <u>Exhibit 2</u> is back-up information for patient T.B. indicating that each claim was timely and properly submitted by FHM Group to Anthem, yet $689,545.46 remains outstanding for this patient.

23. Despite FHM Group's repeated demand for payment of these outstanding Paragraph 4 and Paragraph 6 Receivables, Anthem has failed to pay and has offered no legitimate reason for its failure to comply with the Settlement Agreement.

For the foregoing reasons, Plaintiffs respectfully request that the Court enter an appropriate Order enforcing the Settlement Agreement.

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____
Steven Schneider